

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS



FILED-USDC-NDTX-DA
'24 MAR 4 AM 11:52

3-24CV-519-X

LAWRENCE E. HICKS
Plaintiff

v.

FLAGSHIP CREDIT ASSURANCE
Defendant

190
Civil Action No.

## COMPLAINT

1. I, Lawrence Hicks, am a resident of Dallas County, in the state of Texas.

2. Flagship Credit Assurance is a Business Entity, registered to do business in Dallas County, in the state of Texas.

3. This action is for Breach of Contract. It exceeds the amount of seventy-five thousand dollars, and this is being filed in UNITED STATES DISTRICT COURT IN THE Northern District of Texas with the proper venue and jurisdiction.

4. On October 26, 2021; Plaintiff, Lawrence Hicks entered a consumer credit transaction with Defendant, Flagship Credit Assurance, involving the purchase of a 2020 Nissan Rogue Sport SUV for Principal, LAWRENCE EDWARD HICKS. The total payments for the automobile is thirty-thousand, four-hundred and forty dollars. (See Contract Labeled Exhibit A, Contract and Power of Attorney)

5. Plaintiff, Lawrence Hicks, Tendered a Negotiable Instrument to Defendant, Flagship Credit Assurance with Accord and Satisfaction as a Performance to the contract on November 29th, 2023. (See Attachment Labeled Exhibit B, Tender of Payment and notice of Claim to Interest)

6. The Defendant, Flagship Credit Assurance, received instructions pertaining to the Principal's Balance and where to Transfer the Principal's Balance to. (See Attachment Labeled Exhibit C, Tender of Payment and Opportunity to Cure)

\* Attach additional pages as needed.

Date                FEBRUARY 26, 2024

Signature           Lawrence Edward Hicks

Print Name          Lawrence Edward Hicks

Address             3523 W. Walnut Hill Lane Apt. 2029

City, State, Zip    Irving, Texas 75038

Telephone           469 831 0109

7. The Defendant, Flagship Credit Assurance refused to carry out Fiduciary Duties for Plaintiff, Lawrence Hicks, and also refused to carry out Accord and Satisfaction per Performance (See Attachment Labeled Exhibit D, Refusal to Perform, Records of Non-Response)

8. The Defendant, Flagship Credit Assurance Breached the Contract. (Texas Civil Code for Damages concerning Breach of Contract)

9. Plaintiff, Lawrence Hicks was deprived of the Goods Proceeds in the Contract Sale, in the state of Texas. (Damages for Breach of Contract in the State of Texas.

10. The Defendant refuses to return Negotiable Instrument back to Plaintiff.

11. Defendant violated Chapter 16 of the Texas Civil Practice and Remedies Code for Breach of Contract.

12. Plaintiff is seeking to have all payments reverted back to him, due to the Breach. (See Attachment Labeled Exhibit E – Past Payments)

## Damages We are Asking For:

Wherefore the Plaintiff hereby requests from the Courts and Demands from the Defendant:

1. Special Performance of the Contract or Restitution of the Parties, in the amount of two million-five hundred thousand dollars.

2. That the Defendant be Responsible for the Cost of this Action.

3. And whatever the Court Deems Appropriate and Just.

7

# Exhibit A – Contract and Power of Attorney

**Flagship**
FLAGSHIP CREDIT ACCEPTANCE LLC
PO BOX 3807
COPPELL, TX 75019

Account Number                           63063134643611001
Total Amount Due                                    $729.97
Payment Due Date                                 01/13/2024

▼        **Total Amount Enclosed**        ▼

thirty-thousand five hundred-forty and 96/100

Accepted For Value

3014 ▲ 0 0 0 7 7 8
Lawrence Hicks
3525 W Walnut Hill Ln Apt 2029
Irving TX 75038-4115

FLAGSHIP CREDIT ACCEPTANCE LLC
PO BOX 975658
DALLAS, TX 75397-5658

Pay on Demand
Pay to the Bearer

006306313464361100197565800000729970000072 9973

9

By: Hicks: Lawrence- E/Agent
For: LAWRENCE EDWARD HICKS/Principal
(Without Recourse)

10

## *DURABLE POWER OF ATTORNEY*

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND
SWEEPING. THEY ARE EXPLAINED IN THE DURABLE POWER OF ATTORNEY ACT,
SUBTITLE P, TITLE 2, ESTATES CODE. IF YOU HAVE ANY QUESTIONS ABOUT
THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES
NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE
DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU
LATER WISH TO DO SO. IF YOU WANT YOUR AGENT TO HAVE THE AUTHORITY
TO SIGN HOME EQUITY LOAN DOCUMENTS ON YOUR BEHALF, THIS POWER OF
ATTORNEY MUST BE SIGNED BY YOU AT THE OFFICE OF THE LENDER, AN
ATTORNEY AT LAW, OR A TITLE COMPANY.

You should select someone you trust to serve as your agent. Unless you specify otherwise,
generally the agent's authority will continue until:

(1) you die or revoke the power of attorney; or

(2) your agent resigns or is unable to act for you; or

(3) a guardian is appointed for your estate.

I, LAWRENCE HICKS, residing at 3525 W Walnut Hill Lane Apt 2029, Irving, Texas 75038,
hereby appoint Hicks, Lawrence-Edward of 3525 W Walnut Hill Lane Apt 2029, Irving, Texas
75038, as my attorney-in-fact ("Agent") to exercise the powers and discretions described below.

-       Real property transactions
-       Tangible personal property transactions
-       Stock and bond transactions
-       Commodity and option transactions
-       Banking and other financial institution transactions
-       Business operating transactions
-       Insurance and annuity transactions
-       Estate, trust, and other beneficiary transactions
-       Claims and litigation
-       Personal and family maintenance
-       Benefits from social security, Medicare, Medicaid, or other governmental programs or
civil or military service
-       Retirement plan transactions
-       Tax matters
-       Digital assets and the content of an electronic communication

I hereby revoke all general powers of attorney and special powers of attorney that have
previously been signed by me.

Page **1** of **5**

SPECIAL INSTRUCTIONS APPLICABLE TO AGENT COMPENSATION: My agent is entitled to reimbursement of reasonable expenses incurred on my behalf and to compensation that is reasonable under the circumstances.

### GRANT OF SPECIFIC AUTHORITY:

(CAUTION: Granting any of the following will give your agent the authority to take actions that could significantly reduce your property or change how your property is distributed at your death. Consultation with an attorney is recommended before granting any of these specific powers).

In addition to the above powers, my agent will have the authority to:

-    Make a gift, subject to the limitations of Section 751.032 of the Durable Power of Attorney Act (Section 751.302, Estates Code) and any special instructions in this power of attorney
-    Create or change a beneficiary designation

THIS POWER OF ATTORNEY IS NOT AFFECTED BY MY SUBSEQUENT DISABILITY OR INCAPACITY.

I shall be considered disabled or incapacitated for purposes of this power of attorney if a physician certifies in writing at a date later than the date this power of attorney is executed that, based on the physician's medical examination of me, I am mentally incapable of managing my financial affairs. I authorize the physician who examines me for this purpose to disclose my physical or mental condition to another person for purposes of this power of attorney. A third party who accepts this power of attorney is fully protected from any action taken under this power of attorney that is based on the determination made by a physician of my disability or incapacity.

This power of attorney continues until I revoke it, or it is terminated by my death or other event described in Subtitle P, Title 2 of the Texas Estates Code.

I agree that any third party who receives a copy of this document may act under it. Termination of this durable power of attorney is not effective as to a third party until the third party has actual knowledge of the termination. I agree to indemnify the third party for any claims that arise against the third party because of their reliance on this power of attorney. The meaning and effect of this durable power of attorney is determined by Texas law.

Dated: <u>January 05, 2024</u>, at Irving, Texas.

12

_LAWRENCE HICKS_
LAWRENCE HICKS

STATE OF TEXAS.
COUNTY OF DALLAS. ss:

This document was acknowledged before me on January 05. 2024, by LAWRENCE HICKS (name of principal).

_(signature)_
(signature of notarial officer)

_(printed name)_
(printed name)

My commission expires _____

Page **3** of **5**

13

## IMPORTANT INFORMATION FOR AGENT

**Agent's Duties**

When you accept the authority granted under this power of attorney, you establish a "fiduciary" relationship with the principal. This is a special legal relationship that imposes on you legal duties that continue until you resign or the power of attorney is terminated, suspended or revoked by the principal or by operation of law. A fiduciary duty generally includes the duty to:

(1)    act in good faith:

(2)    do nothing beyond the authority granted in this power of attorney:

(3)    act loyally for the principal's benefit:

(4)    avoid conflicts that would impair your ability to act in the principal's best interest; and

(5)    disclose your identity as an agent when you act for the principal by writing or printing the name of the principal and signing your own name as "agent" in the following manner:

(Principal's Name) by (Your Signature) as Agent

In addition, the Durable Power of Attorney Act (Subtitle P, Title 2, Estates Code) requires you to:

(1)    maintain records of each action taken or decision made on behalf of the principal:

(2)    maintain all records until delivered to the principal, released by the principal, or discharged by a court; and

(3)    if requested by the principal, provide an accounting to the principal that, unless otherwise directed by the principal or otherwise provided in the Special Instructions, must include:

(A)    the property belonging to the principal that has come to your knowledge or into your possession:

(B)    each action taken, or decision made by you as agent:

(C)    a complete account of receipts, disbursements, and other actions of you as agent that includes the source and nature of each receipt, disbursement, or action, with receipts of principal and income shown separately:

(D)    a listing of all property over which you have exercised control that includes an adequate description of each asset and the asset's current value, if known to you:

(E)    the cash balance on hand and the name and location of the depository at which the cash balance is kept:

Page **4** of 5

14

(F)     each known liability:

(G)     any other information and facts known to you as necessary for a full and definite understanding of the exact condition of the property belonging to the principal; and

(H)     all documentation regarding the principal's property.

**Termination of Agent's Authority**
You must stop acting on behalf of the principal if you learn of any event that terminates or suspends this power of attorney or your authority under this power of attorney. An event that terminates this power of attorney or your authority to act under this power of attorney includes:

(1)     the principal's death:

(2)     the principal's revocation of this power of attorney or your authority:

(3)     the occurrence of a termination event stated in this power of attorney:

(4)     if you are married to the principal, the dissolution of your marriage by a court decree of divorce or annulment or declaration that your marriage is void, unless otherwise provided in this power of attorney:

(5)     the appointment and qualification of a permanent guardian of the principal's estate unless a court orders otherwise; or

(6)     if ordered by a court, your removal as agent (attorney in fact) under this power of attorney. An event that suspends this power of attorney or your authority to act under this power of attorney is the appointment and qualification of a temporary guardian unless a court order provides otherwise.

**Liability of Agent**
The authority granted to you under this power of attorney is specified in the Durable Power of Attorney Act (Subtitle P, Title 2, Estates Code). If you violate the Durable Power of Attorney Act or act beyond the authority granted, you may be liable for damages caused by the violation or subject to prosecution for misapplication of property by a fiduciary under Chapter 32 of the Texas Penal Code.

THE AGENT, BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

15

# ally.

## GAP Addendum - Texas

| Vehicle Information | | | |
|---|---|---|---|
| Vehicle Identification Number (VIN)<br>JN1BJ1CV6LW261690 | Year<br>2020 | Make<br>Nissan | Model<br>RogueSport |
| MSRP (New) / J.D. Power (Used)<br>28450.00 | | Odometer Reading<br>85029 | |

| Customer | | | | |
|---|---|---|---|---|
| First & Last Name or Company Name<br>LAWRENCE HICKS | | Co-Buyer Name | | |
| Address<br>3525 W WALNUT HILL LN | | | Email Address<br>lhicksis@gmail.com | |
| City<br>IRVING | State<br>TX | Zip Code<br>75038 | Phone Number<br>469-831-0109 | |

| Financial Agreement | | |
|---|---|---|
| ☒ Installment Sale | Effective Date<br>11/29/2023 | Term<br>72 |
| Amount Financed<br>29938.87 | Finance Rate<br>20.39 | |

### Guaranteed Asset Protection (GAP)

| | |
|---|---|
| The Charge to You for this GAP Addendum:<br>1000.00 | ☐ COMMERCIAL USE/REGISTRATION: (as defined in VI., D.): AVAILABLE ONLY FOR MOTOR VEHICLES UP TO 16,000 POUNDS GVWR - Not available for FMCC Financial Agreements (see IV.C. for other exclusions). |
| **Maximum Amount Financed: $200,000**<br>(FMCC Maximum Amount Financed for personal use is limited to $100,000) | The Maximum Deductible Amount for automobile physical damage insurance: $1,000 |

**Maximum Liability:** If the amount financed exceeds 150% of the lowest of (a) the Vehicle purchase price or agreed upon value as shown on the Financial Agreement, (b) MSRP, or (c) the retail book value in the J.D. Power Official Used Car Guide or, if not available in the J.D. Power Official Used Car Guide, an equivalent retail guide, any amount by which the amount financed exceeds 150% of the aforementioned amounts will be subtracted from the Outstanding Balance. In no event will this GAP Addendum waive any amount in excess of fifty-thousand dollars ($50,000).

**Maximum GAP and Financial Agreement Term:** NINETY SIX (96) MONTHS FOR NEW AND USED VEHICLES.

**PROGRAM ADMINISTRATOR:** Universal Warranty Corporation PO Box 6543, Chicago, IL 60680   800-631-5590   www.allyclaims.com

| Financial Institution | | | Seller | | |
|---|---|---|---|---|---|
| Name<br>FLAGSHIP CREDIT ACCEPTANCE | | | Seller Name/Seller ID (Required)<br>CLAY COOLEY CHRYSLER JEEP DODGE RAM   824082 | | |
| Address<br>PO BOX 314 | | | Address<br>1261 E AIRPORT FWY | | |
| City<br>WILMINGTON | State<br>OH | Zip Code<br>45177 | City<br>IRVING | State<br>TX | Zip Code<br>75062-4805 |
| Phone Number | | | Phone Number<br>972-721-4300 | Employee ID (Optional)<br>223440 | |

You are responsible for maintaining collision and comprehensive insurance on Your Vehicle. THE SELLER OR, IF ASSIGNED, FINANCIAL INSTITUTION WILL WAIVE CERTAIN AMOUNTS YOU OWE UNDER THE FINANCIAL AGREEMENT IN THE CASE OF A TOTAL LOSS OR THEFT OF YOUR VEHICLE AS STATED IN THIS GAP ADDENDUM. You have read the entire disclosures and terms of this GAP Addendum and You agree to all of the terms of this GAP Addendum. You understand that neither the extension of credit, the terms of the credit, nor the terms of the related motor vehicle sale may be conditioned upon the purchase of this GAP Addendum. This GAP Addendum is optional and will not be provided unless You sign below and pay the charges as shown above. This GAP Addendum may not cancel or waive the entire amount owed under the Financial Agreement at the time of loss. THIS GAP ADDENDUM IS NOT A CREDIT INSURANCE POLICY AND NEITHER DOES IT PROVIDE PHYSICAL DAMAGE COVERAGE NOR ELIMINATE YOUR OBLIGATION TO INSURE YOUR VEHICLE UNDER APPLICABLE STATE LAW. YOU MAY WISH TO CONSULT AN INSURANCE AGENT TO DETERMINE WHETHER SIMILAR COVERAGE MAY BE OBTAINED AND AT WHAT COST. Unless You provide proof that the Financial Agreement has been terminated, all refunds will be made payable to the Dealer or, if assigned, Financial Institution and may be applied to reduce the total amount owed under the Financial Agreement.

### Signature

☒ You want to purchase this GAP Addendum

| Customer Signature<br>*Lawrence Hicks* | Co-Buyer Signature | Date<br>11/29/2023 |
|---|---|---|
| Seller/Title Representative Name | Seller Representative Signature | Date<br>11/29/2023 |

©2021 Ally Financial. All rights reserved.
Ally is a registered service mark of Ally Financial.

1 of 5

GAP-150-PRO-TX (04-21)

16

**ally** AUTO.

# ALLY PREMIER PROTECTION℠
## CONTRACT REGISTRATION

### Vehicle Information

| Vehicle Identification Number (VIN) JN1BJ1CV6LW261690 | | Year 2020 | Make Nissan | | Model RogueSport |
|---|---|---|---|---|---|
| Vehicle In-Service Date 04/23/2020 | Contract Purchase Date 11/29/2023 | | | Current Odometer Reading 85029 | |

### Contract Holder(s)

| Contract Holder's First & Last Name or Company Name LAWRENCE HICKS | Co-Contract Holder |
|---|---|
| Address 3525 W WALNUT HILL LN | Email Address lhicksis@gmail.com |
| City IRVING | State TX | Zip Code 75038 | Phone Number 469-831-0109 |

### Vehicle Service Contract (VSC)

| Program | Coverage Level | Deductible | Surcharges (Optional) | Term | Cost | |
|---|---|---|---|---|---|---|
| ☑ Ally Premier Protection | ☐ Major Guard● | ☐ $0 | ☐ Business | 24 Months | VSC | $ 3000.00 |
| ☐ CPO (In-Service Date) | ☐ Major Guard EV● | ☐ $100 | ☐ Emergency | | Surcharge(s) | $ |
| ☐ CPO (Purchase Date) | ☑ Essential Guard | ☐ $100 Disappearing¹ | ☐ Lift Kit | 24000 Miles | Tax | $ 0.00 |
| ☐ Lease | ☐ Feature Guard● | ☑ $200 | ☐ Snowplow | | | |
| ☐ Limited Warranty Upgrade | | ☐ $500 (select models only) | | | Total | $ 3000.00 |
| ☐ Powertrain Wrap | | | | | | |

YOUR CONTRACT EXPIRES ON 11/29/2025 OR WHEN YOUR VEHICLE'S ODOMETER READS 109029 , WHICHEVER COMES FIRST.

Ally Premier Protection is available in Major Guard, Major Guard EV, Essential Guard, and Feature Guard Coverage Levels. All other Programs are available with the Major Guard and Major Guard EV Coverage Level only, except Limited Warranty Upgrade which is available on Major Guard only.

The Ally Premier Protection, Certified Pre-Owned (CPO) Purchase Date, Lease, and Limited Warranty Upgrade Programs start on the day YOU purchased this Contract (Contract Purchase Date) and the Current Odometer Reading listed above, and expire at the earlier of the time and/or mileage of the selected Term, whichever occurs first.

The Certified Pre-Owned (CPO) In-Service Date and Powertrain Wrap Programs start on the Vehicle In-Service Date and zero odometer miles, and expire at the earlier of the time and/or mileage of the selected Term, whichever occurs first.

¹Disappearing Deductible will be waived if covered repairs are made at the dealership where YOU purchased this CONTRACT.

### Lienholder

| ☐ Ally or ☐ Service Payment Plan (SPP) or Enter Lienholder Name FLAGSHIP CREDIT ACCEPTANCE | |
|---|---|
| Address PO BOX 314 | |
| City WILMINGTON | State OH | Zip Code 45177 |

### Selling Dealer Information

| Dealership Name CLAY COOLEY CHRYSLER JEEP DODGE | Dealer ID (Required) 824082 | Employee ID (Optional) 223440 | Phone Number 972-721-4300 | |
|---|---|---|---|---|
| Mailing Address 1261 E AIRPORT FWY | City IRVING | | State TX | Zip Code 75062-480 |

### Signature

By signing this, I agree to all the terms and conditions on the front and back of this form. I acknowledge receipt of the complete VSC coverage agreement at the time of signing. I acknowledge that the purchase of this Contract is not required in order to purchase or obtain financing for a motor vehicle.

| Contract Holder/Customer Signature *a Lawrence Hicks* | Co-Contract Holder Signature | Date 11/29/2023 |
|---|---|---|

The service company/provider is Dallas DOWC Inc., 1251 E Airport Freeway, Irving, TX 75062. 1-800-631-5590

R1

©2023 Ally Financial. All rights reserved.
Ally Auto, Major Guard, Major Guard EV, and Feature Guard are registered service marks of Ally Financial.
Ally Premier Protection is a service mark of Ally Financial.

VSC-REG-AGR-DDI-TX (10-23)

*(right margin, vertical text):* If you do not receive your Coverage ID Card in the mail within 60 days, call 1-800-631-5590. www.allycoverage.com

17



### DIVERSIFIED LENDER PROGRAM
### ALLY AUTO CARE ℠
### CONTRACT REGISTRATION

**Vehicle Information**

| Vehicle Identification Number (VIN) | | Year | Make | Model |
|---|---|---|---|---|
| JN1BJ1CV6LW261690 | | 2020 | Nissan | RogueSport |

| Vehicle In-Service Date | Contract Purchase Date | Current Odometer Reading |
|---|---|---|
| 04/23/2020 | 11/29/2023 | 85029 |

**Contract Holder(s)**

| Contract Holder's First & Last Name or Company Name | Email Address |
|---|---|
| LAWRENCE HICKS | lhicksis@gmail.com |

| Address | Phone Number |
|---|---|
| 3525 W WALNUT HILL LN | 469-831-0109 |

| City | State | Zip Code |
|---|---|---|
| IRVING | TX | 75038 |

**Vehicle Maintenance Contract**

| Term | Tier (Select One) | Cost |
|---|---|---|
| Term in Months / Miles  12 / 12000 | ☐1 ☐2 ☐3 ☑4  ☐5 ☐6 ☐7 ☐8 | Contract $ 625.00  Tax $ 0.00  Total $ 625.00 |

YOUR CONTRACT EXPIRES ON 11/29/2024 OR WHEN YOUR VEHICLE'S ODOMETER READS 97029 , WHICHEVER COMES FIRST.

**Lienholder Information**

☐ Ally or ☐ SPP or Enter Lienholder Name
FLAGSHIP CREDIT ACCEPTANCE

| Address | | |
|---|---|---|
| PO BOX 314 | | |

| City | State | Zip Code |
|---|---|---|
| WILMINGTON | OH | 45177 |

**Selling Dealer Information**

| Dealership Name | Dealer ID (Required) | Employee ID | Phone Number |
|---|---|---|---|
| CLAY COOLEY CHRYSLER JEEP DODGE RAM | 824082 | 223440 | 972-721-4300 |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 1261 E AIRPORT FWY | IRVING | TX | 75062-4805 |

**Signature**

By signing this, I agree to all the terms and conditions on the front and back of this form. I acknowledge receipt of the complete Vehicle Maintenance Contract coverage agreement at the time of signing. I acknowledge that purchase of this Contract is not required in order to purchase or obtain financing for a motor vehicle.

Contract Holder Signature *Laurence Hicks*          Date 11/29/2023

The provider is Universal Warranty Corporation, PO Box 6855, Chicago, IL 60680-6855, 1-800-631-5590.

Promotion Code: _____

If you do not receive your Coverage ID Card in the mail within 60 days, call 1-800-631-5590

©2023 Ally Financial. All rights reserved. Ally Auto is a registered service mark of Ally Financial. Ally Auto Care is a service mark of Ally Financial.

R1                    VMT-REG-AGR-UWC-DLP (03-23)

18

**B1035115 (001) 03/22   VEHICLE SERVICE CONTRACT**   *US*

EASY**CARE**®
Protecting What Moves You

Select

| Exp. Date |
|---|
| 11/29/2026 |
| SLX4A9245062 |

**CUSTOMER INFORMATION**

| CUSTOMER'S NAME (LAST) | (FIRST) | (MIDDLE INITIAL) |
|---|---|---|
| HICKS | LAWRENCE | |

| CUSTOMER'S STREET ADDRESS | CITY |
|---|---|
| 3525 W WALNUT HILL LN | IRVING |

| STATE | ZIP CODE | CUSTOMER'S PHONE (HOME) | CUSTOMER'S PHONE (CELL) | CUSTOMER'S E-MAIL ADDRESS |
|---|---|---|---|---|
| TX | 75038 | (469) 831-0109 | | lhicksio@gmail.com |

| LIENHOLDER |
|---|
| Flagship Credit Acceptance |

| PO BOX 314 |
|---|
| WILMINGTON   OH   45177 |

| CONTRACT PURCHASE DATE | REGISTERED VEHICLE ODOMETER READING (TIME OF SALE) | CONTRACT PURCHASE PRICE | REGISTERED VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 11/29/2023 | 85,029 | $1,495.00 | JN1BJ1CV6LW261690 |

| YEAR | MAKE | MODEL |
|---|---|---|
| 2020 | NISSAN | Rogue Sport S |

| CONTRACT TERM | VEHICLE CLASS | DEALER NUMBER |
|---|---|---|
| 36 | 1 | A020289 |

| SELLING DEALER | SELLING DEALER'S ADDRESS |
|---|---|
| Clay Cooley CDJR | 1267 EAST AIRPORT FRWY |

| SELLING DEALER'S CITY | STATE | ZIP CODE | PHONE NUMBER |
|---|---|---|---|
| IRVING | TX | 75062 | (469) 378-9987 |

**COVERAGE**

**PAINTLESS DENT REPAIR** This CONTRACT provides limited repairs of minor dents and dings, up to 4 inches in diameter, to exterior painted sheet metal body panels to the VEHICLE, subject to the terms, conditions, exclusions and limitations contained herein. See section 1 for details.

**WINDSHIELD REPAIR** This CONTRACT provides repair to minor glass chips or cracks to YOUR VEHICLE's front windshield that are determined repairable after inspection by and within the sole discretion of OUR technician. See section 2 for details.

**PAINT SCRATCH REPAIR** This CONTRACT provides limited cosmetic repair to minor paint scuffs, surface scratches and minor scrapes, not to exceed 6 inches in length. See section 3 for details.

**FABRIC REPAIR** This CONTRACT provides limited cosmetic repair to the VEHICLE's interior upholstery, seats and carpet where the damage (burn holes, cuts, rips and tears) does not exceed 2 inches in diameter. See section 4 for details.

**COSMETIC WHEEL REPAIR** This CONTRACT provides limited repair of cosmetic surface damage to the VEHICLE's manufacturer-supplied alloy or steel wheels. See section 5 for details.

**KEY REPLACEMENT** This CONTRACT provides reimbursement for the replacement of up to 2 of YOUR VEHICLE keys provided to YOU at the CONTRACT PURCHASE DATE that are damaged and inoperable, lost or stolen, not to exceed $750 per key, including any associated programming. See section 6 for details.

**ROADSIDE ASSISTANCE** This CONTRACT also provides complimentary Roadside Assistance Benefits for the VEHICLE, for the Contract Term. See section 7 for details.

**SEE THE BACK OF THIS CONTRACT FOR COMPLETE TERMS, CONDITIONS, EXCLUSIONS AND STATE-SPECIFIC LANGUAGE**

Purchase of this coverage is optional and is not required to obtain financing for, purchase, lease or to register the VEHICLE. WE do not disclose information about OUR customers to anyone, except as permitted by law.

THIS CONTRACT IS NEITHER AN AUTOMOBILE LIABILITY INSURANCE CONTRACT, NOR AN AUTOMOBILE PHYSICAL DAMAGE INSURANCE CONTRACT.

THIS CONTRACT CONTAINS AN ARBITRATION PROVISION (SEE SECTION 13, ARBITRATION PROVISION).

☑ **YES!** YOU (Customer) whose signature appears below, acknowledge that: The information above is, to the best of YOUR knowledge, true; YOU understand that authorization from the ADMINISTRATOR must be received before any repairs are performed under this VEHICLE SERVICE CONTRACT (CONTRACT).

*Lawrence Hicks*
Customer's Signature            11/29/2023
                               Date

Selling Dealer's Signature

**NO PAYMENT FOR SERVICES WILL BE MADE WITHOUT PRIOR AUTHORIZATION FROM THE ADMINISTRATOR, SEE SECTION 9. HOW TO OBTAIN SERVICE.**

**CALL 1-855-775-6460 FOR CLAIMS, CUSTOMER SERVICE AND ROADSIDE ASSISTANCE.**

ISSUING PROVIDER/OBLIGOR: DALLAS DOWC INC • 1751 E. AIRPORT FREEWAY, IRVING, TX 75062 • (972) 721-4500
ADMINISTRATOR: AUTOMOBILE PROTECTION CORPORATION – APCO • P.O. BOX 88230, ATLANTA, GA 30356-8230 • (855) 775-6460

B1035115 (001) 03/22                                                                 Page 1 of 8   1  05/06

EASYCARE SELECT UPGRADE

19



## Dealer Activation

**CLAY COOLEY**
CHRYSLER, JEEP, DODGE, RAM

| Information | |
|---|---|
| **Make** | Nissan |
| **Year** | 2020 |
| **Model** | Rogue Sport |
| **Trim** | SL |
| **Vin** | JN1BJ1CV6LW261690 |
| **Color** | Scarlet Ember Tintcoat |

| Owner Information | |
|---|---|
| **First Name** | LAWRENCE |
| **Last Name** | HICKS |
| **Email** | lhicksis@gmail.com |
| **Phone Number** | 4698310109 |

| Device Information | |
|---|---|
| **Serial** | AGIEG4-6002974605 |
| **Activation Date** | 11/29/2023 |
| **Expiration Date** | 11/29/2026 |

| Dealer Information | |
|---|---|
| **Name** | Clay Cooley Chrysler Jeep Dod |
| **Sale Price** | |
| **Service Plan Name** | Gold |
| **Finance Company** | FLAGSHIP |

A registration email has been sent to the email address entered above. (Please note that depending on personal email settings this registration email may go to your SPAM folder)

To register you can scan the QR code to the right with a QR code scanner on your mobile phone or you may also go to the following URL: https://app.elogps.net/signup/

Also please note, your Registration Code is D9MG5Y6R



Your signature indicates acceptance of the Elo GPS Terms and Conditions which can be found in the sign-up page listed above or by scanning the QR Code. RECEIPT OF SERVICES REQUIRES THAT YOU FIRST COMPLETE THE REGISTRATION PROCESS. TO FULLY PROTECT YOUR PRIVACY as outlined in the Terms and Conditions, service may be constrained or terminated if you do not register services within one hundred and twenty days.

Again, congratulations on your new vehicle purchase, and thank you for entrusting your security to Elo GPS!

Owner Name:

*Lawrence Hicks*
Printed

*Lawrence Hicks*          11/29/2023
Signature                 Date

Dealer Representative:

Printed

Signature                 11/29/2023
                          Date

Form 1001                 Revision 02/16/2023

20

Financed, Finance Charge, and any other charges in this contract. You agree to make payments in U.S. funds according to the Payment Schedule in this contract. If more than one person signs as a buyer, you agree to keep all the promises in this agreement even if the others do not.

You have thoroughly inspected, accepted, and approved the vehicle in all respects.

### VEHICLE IDENTIFICATION

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | |
|------|------|-------|-------------------------------|---|
| 2020 | NISSAN | ROGUE | JN1BJ1CV6LW281690 | ☐ NEW<br>☐ DEMONSTRATOR<br>☐ FACTORY<br>OFFICIAL/EXECUTIVE<br>☒ USED |

**USE FOR WHICH PURCHASED**

PERSONAL, FAMILY, OR HOUSEHOLD, UNLESS OTHERWISE INDICATED BELOW

If either of the boxes below is checked, Chapter 353 of the Texas Finance Code applies to this Contract.

☐ BUSINESS OR COMMERCIAL
☐ AGRICULTURAL    ☐ N/A

Trade-In: Make N/A _____ Model N/A _____
Year N/A    VIN N/A _____ License No. N/A _____

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $0.00 |
|---|---|---|---|---|
| 20.39 % | $ 22818.97 | $ 29938.87 | $ 52557.84 | $ 52557.84 |

(e) means an estimate

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due | |
|---|---|---|---|
| 72 | $ 729.97 | MONTHLY | beginning 01/13/2024 |
| N/A | $ N/A | N/A | |
| N/A | | | |

**Late Charge:** If we do not receive your entire payment within 15 days after it is due (10 days if you are buying a heavy commercial vehicle), you will pay a late charge of 5% of the scheduled payment.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** We will have a security interest in the vehicle being purchased.

**Additional Information:** See this document for more information about nonpayment, default, security interests, and any required repayment in full before the scheduled date.

**SERVICING AND COLLECTION CONTACTS**

We may try to contact you at any mailing address, e-mail address, or phone number you give us as the law allows. We may try to contact you in writing (including mail, e-mail, and text messages) and by phone (including prerecorded or artificial voice messages and automatic telephone dialing systems).

**Returned Check Charge:** You agree to pay a charge of $ 30 if any check you give us is dishonored or any electronic payment is returned unpaid.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 4 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _Lawrence Hicks_
Co-Buyer Signs X _____ N/A

**OCCC NOTICE.** For questions or complaints about this contract, contact FLAGSHIP CREDIT ACCEPTANCE at _____. The Office of Consumer Credit Commissioner (OCCC) is a state agency, and it enforces certain laws that apply to this contract. If a complaint or question cannot be resolved by contacting the creditor, consumers can contact the OCCC to file a complaint or ask a general credit-related question. OCCC address: 2601 N. Lamar Blvd., Austin, Texas 78705. Phone: (800) 538-1579. Fax: (512) 936-7610. Website: occc.texas.gov. E-mail: consumer.complaints@occc.texas.gov.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

This PROVISION applies to this contract only if the vehicle financed in the contract was purchased for personal, family, or household use.

11/29/2023  06:35 pm

88964*1*CCD-FI

Buyer Initials X _L.H._  Co-Buyer Initials X _N/A_

LAW 553-TX-ARB-eps-14 4/21 V1  Page 1 of 5

21

**4 Other Charges Including Amounts Paid to Others on Your Behalf**

(Seller may keep part of these amounts.):

| | | |
|---|---|---|
| A Net trade-in payoff to __N/A__ | | $ N/A |
| B Cost of Optional Credit Insurance Paid to Insurance Company or Companies. | | |
| Life | $ N/A | |
| Disability | $ N/A | $ N/A |
| C Other Optional Insurance Paid to Insurance Company or Companies | | $ N/A |
| D Official Fees Paid to Government Agencies | | |
| 1) to ST OF TEXAS for RD & BRIDGE FEE | | $ 1.50 |
| 2) to N/A for N/A | | $ N/A |
| 3) to N/A for N/A | | $ N/A |
| E Debt Cancellation Agreement Fee Paid to the Seller | | $ 1000.00 |
| F Dealer's Inventory Tax (If Not Included in Cash Price) | | $ 45.22 |
| G Sales Tax (if Not Included in Cash Price) | | $ N/A |
| H Other Taxes (If Not Included in Cash Price) | | $ N/A |
| I Government License and/or Registration Fees | | |
| LICFEE N$145 U$74.75 / 74.75 | | $ 74.75 |
| J Government Certificate of Title Fees | | $ 33.00 |
| K Government Vehicle Inspection Fees | | |
| to state $ N/A to inspection station $ 25.50 | | $ 25.50 |
| L Deputy Service Fee Paid to Dealer | | $ N/A |
| M Documentary Fee (Cargo Documental) | | $ 232.40 |

A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS RELATING TO THE SALE. A DOCUMENTARY FEE MAY NOT EXCEED A REASONABLE AMOUNT AGREED TO BY THE PARTIES. THIS NOTICE IS REQUIRED BY LAW. UN CARGO DOCUMENTAL NO ES UN CARGO OFICIAL. LA LEY NO EXIGE QUE SE IMPONGA UN CARGO DOCUMENTAL, PERO ESTE PODRIA COBRARSE A LOS COMPRADORES POR EL MANEJO DE LA DOCUMENTACION EN RELACION CON LA VENTA. UN CARGO DOCUMENTAL NO PUEDE EXCEDER UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES. ESTA NOTIFICACION SE EXIGE POR LEY.

**N Other Charges (Seller must identify who is paid and describe purpose.)**

| | | |
|---|---|---|
| to State for Plate Transfer Fee | | $ N/A |
| to Seller for Trade-In Credit Agreement | | $ N/A |
| to ALLY MAINT for MAINTENANCE | | $ 625.00 |
| to N/A for N/A | | $ N/A |
| to ALLY PREMIER PROTECT for SERVICE CONTRACT | | $ 3000.00 |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | $ 5037.37 (4) |

**5 Amount Financed (3 + 4)** $ 29938.87 (5)

---

| | | |
|---|---|---|
| ☐ Credit Life, one buyer | $ N/A | Term N/A |
| ☐ Credit Life, both buyers | $ N/A | Term N/A |
| ☐ Credit Disability, one buyer | $ | Term N/A |
| ☐ Credit Disability, both buyers | $ N/A | Term N/A |

N/A
(Insurance Company)

N/A
(Home Office Address)

Credit life insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the term of the insurance is 121 months or longer, the premium is not fixed or approved by the Texas Insurance Commissioner.

You want the insurance indicated above.

X N/A                                    N/A
Buyer's signature                        Date

X N/A                                    N/A
Co-Buyer's signature                     Date

**Optional Insurance Coverages and Debt Cancellation Agreement**

The granting of credit will not be dependent on the purchase of either the insurance coverages or the debt cancellation agreement described below. It will not be provided unless you sign and agree to pay the extra cost. The credit approval process will not be affected by whether or not you buy these insurance coverages or the debt cancellation agreement.

| Coverage | Term in Months | Premium or Fee |
|---|---|---|
| GAP* | N/A ☐$ | N/A |
| N/A | N/A ☐$ | N/A |
| N/A | N/A ☐$ | N/A |
| Debt Cancellation Agreement** | 72 | $ 1000.00 |

ALLY GAP
(Insurance Company)

(Home Office Address)

*If the vehicle is determined to be a total loss, GAP insurance will pay us the difference between the proceeds of your basic collision policy and the amount you owe on the vehicle, minus your deductible. You can cancel that insurance without charge for 10 days from the date of this contract.

**WE WILL CANCEL CERTAIN AMOUNTS YOU OWE UNDER THIS CONTRACT IN THE CASE OF A TOTAL LOSS OR THEFT OF THE VEHICLE AS STATED IN THE DEBT CANCELLATION AGREEMENT. You can cancel the debt cancellation agreement without charge for a period of 30 days from the date of this contract, or for the period stated in the debt cancellation agreement, whichever period ends later. If the box next to a premium for an insurance coverage included above is marked, that premium is not fixed or approved by the Texas Insurance Commissioner. A debt cancellation agreement is not insurance and is regulated by the Office of the Consumer Credit Commissioner.

For the premiums or fees included above, you want the related optional coverages and debt cancellation agreement.

Lawrence Hicks    11/29/2023
Buyer's signature    Date

X N/A                                    N/A
Co-Buyer's signature                     Date

**LIABILITY INSURANCE: THIS CONTRACT DOES NOT INCLUDE INSURANCE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

---

Buyer Initials [signature]  Co-Buyer Initials X N/A

88964*1*CCD-FI

22

not timely make all your payments in at least the correct amount, you will have to pay more Finance Charge. If that happens, your last payment will be more than your final scheduled payment, or at our option, you will have to pay more payments of the same amount as your scheduled payment with a smaller last payment. If you make scheduled payments early, your Finance Charge will be reduced (less). If you make your scheduled payments late, your Finance Charge will increase. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **TRANSFER OF RIGHTS.** We may transfer this contract to another person. That person will then have all our rights, privileges, and remedies.

e. **SPECIAL PROVISIONS FOR BALLOON PAYMENT CONTRACTS.** A balloon payment is a scheduled payment more than twice the amount of the average of your scheduled payments, other than the downpayment, that are due before the balloon payment. You can pay all you owe when the balloon payment is due and keep your vehicle. If you buy the vehicle primarily for personal, family, or household use, you can enter into a new written agreement to refinance the balloon payment when due without a refinancing fee. If you refinance the balloon payment, your periodic payments will not be larger or more often than the payments in this contract. The annual percentage rate in the new agreement will not be more than the Annual Percentage Rate in this contract. This provision does not apply if your Payment Schedule has been adjusted to your seasonal or irregular income.

2. **YOUR OTHER PROMISES TO US**

a. **USE AND TRANSFER OF THE VEHICLE.** You will not sell or transfer the vehicle without our written permission. If you do sell or transfer the vehicle, this will not release you from your obligations under this contract, and we may charge you a transfer of equity fee of $25.00 ($50 for a heavy commercial vehicle). You will promptly tell us in writing if you change your address or the address where you keep the vehicle. We agree you may remove the vehicle from the U.S. for 72 hours or less, if the vehicle will continue to be covered by the insurance this contract requires. Otherwise, you agree not to remove the vehicle from the U.S. without our written permission.

b. **CARE OF THE VEHICLE.** You agree to keep the vehicle free from all liens, and claims except those that secure this contract. You will timely pay all taxes, fines, or charges pertaining to the vehicle. You will keep the vehicle in good repair. You will not allow the vehicle to be seized or placed in jeopardy or use it illegally. You must pay all you owe even if the vehicle is lost, damaged or destroyed. If a third party takes a lien or claim against or possession of the vehicle, we may pay the third party any cost required to free the vehicle from all liens or claims. We may immediately demand that you pay us the amount paid to the third party for the vehicle. If you do not pay this amount, we may repossess the vehicle and add that amount to the amount you owe. If we do not repossess the vehicle, we may still demand that you pay us, but we cannot compute a finance charge on this amount.

c. **SECURITY INTEREST.** To secure all that you owe on this contract and all your promises in it, you give us a security interest in:
   1. The vehicle including all accessories and parts now or later attached and any other goods financed in this contract;
   2. All insurance proceeds and other proceeds received for the vehicle;
   3. Any insurance policy, service contract or other contract financed by us and any proceeds of those contracts; and
   4. Any refunds of charges included in this contract for insurance, or service contracts.

This security interest also secures any extension or modification of this contract. The certificate of title must show our security interest in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

88964*1*CCD-FI

loss, you must use the insurance proceeds to pay what you owe us. You agree that we can use any proceeds from insurance to repair the vehicle, or we may reduce what you owe under this contract. If we apply insurance proceeds to the amount you owe, they will be applied to your payments in the reverse order of when they are due. If your insurance on the vehicle or credit insurance doesn't pay all you owe, you must pay what is still owed. Once all amounts owed under this contract are paid, any remaining proceeds will be paid to you.

g. **RETURNED INSURANCE PREMIUMS AND SERVICE CONTRACT CHARGES.** If we get a refund on insurance or service contracts, or other contracts included in the cash price, we will subtract it from what you owe. Once all amounts owed under this contract are paid, any remaining refunds will be paid to you.

h. **APPLICATION OF CREDITS.** Any credit that reduces your debt will apply to your payments in the reverse order of when they are due, unless we decide to apply it to another part of your debt. The amount of the credit and all finance charge or interest on the credit will be applied to your payments in the reverse order of your payments.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **LATE CHARGE.** You will pay us a late charge as agreed to in this contract when it accrues.

b. **DEFAULT.** You will be in default if:
   1. You do not pay any amount when it is due;
   2. You give false, incomplete, or misleading information during credit application;
   3. You file bankruptcy, bankruptcy is filed against you, or the vehicle becomes involved in a bankruptcy.
   4. You allow a judgment to be entered against you or the collateral; or
   5. You break any of your promises in this agreement.
   If you default, we can exercise our rights under this contract and our other rights under the law.

c. **OUR RIGHT TO DEMAND PAYMENT IN FULL.** If you default, or we believe in good faith that you are not going to keep any of your promises, we can demand that you immediately pay all that you owe. We don't have to give you notice that we are demanding or intend to demand immediate payment of all that you owe.

d. **REPOSSESSION.** If you default, we may repossess the vehicle from you if we do so peacefully. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If any personal items are in the vehicle, we can store them for you and give you written notice at your last known address shown on our records within 15 days of discovering that we have your personal items. If you do not ask for these items back within 31 days from the day we mail or deliver the notice to you, we may dispose of them as applicable law allows. Any accessory, equipment, or replacement part stays with the vehicle.

e. **YOUR RIGHT TO REDEEM.** If we take your vehicle, we will tell you how much you have to pay to get it back. If you do not pay us to get the vehicle back, we can sell it or take other action allowed by law. Your right to redeem ends when the vehicle is sold or we have entered into a contract for sale or accepted the collateral as full or partial satisfaction of a contract.

f. **DISPOSITION OF THE VEHICLE.** If you don't pay us to get the vehicle back, we can sell it or take other action allowed by law. If we sell the motor vehicle in a public or private sale, we will send you notice at least 10 days before we sell it. We can use the money we get from selling it to pay allowed expenses and to reduce the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. If any money is left, we will pay it to you unless we must pay it to someone else. If the money from the sale is not enough to pay all you owe, you must pay the rest of what you owe us plus interest. If we take or sell the vehicle, you will give us the certificate of title and any other document required by state law to record transfer of title.

11/29/2023  06:35 pm
LAW 553-TX-ARB-eps-14 4/21'v1  Page 3 of 5

Buyer Initials _____ Co-Buyer Initials X _N/A_

23

contract is not valid, all other parts stay valid.

**5. LEGAL LIMITATIONS ON OUR RIGHTS**
If we don't enforce our rights every time, we can still enforce them later. We will exercise all of our rights in a lawful way. You don't have to pay finance charge or other amounts that are more than the law allows. This provision prevails over all other parts of this contract and over all our other acts.

**8. APPLICABLE LAW**
Federal and Texas law apply to this contract.

---

**ARBITRATION PROVISION**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association (www.adr.org) or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

24

Buyer Signs X _____ Date 11/29/2023    Co-Buyer Signs X N/A _____ Date N/A
Buyer Printed Name **LAWRENCE HICKS** _____    Co-Buyer Printed Name **N/A** _____

If the "business or commercial" use box is checked in "Use for Which Purchased": Print Name **N/A** _____ Title **N/A** _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X **N/A** _____ Date **N/A** ____ Address **N/A** _____

Seller signs **CLAY COOLEY CJD RAM** _____ Date **11/29/2023** By X _____ Title **FI MANAGER**

THIS CONTRACT IS NOT VALID UNTIL YOU AND WE SIGN IT.

---

Seller assigns its interest in this contract to **FLAGSHIP CREDIT ACCEPTANCE**        (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse        ☒ Assigned without recourse        ☐ Assigned with limited recourse

Seller  **CLAY COOLEY CJD RAM**

By X _____        Title **FI MANAGER**

88964*1*CCD-FI

11/29/2023 | 06:35 pm

**LAW** FORM NO. 553-TX-ARB-eps-14 4/21
©2021 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

LAW 553-TX-ARB-eps-14 4/21 v1    Page 5 of 5

25

# Exhibit B – Tender of Payment and Notice of

# Claim to Interest

# NOTICE OF CLAIM TO INTEREST 1st ATTEMPT

Certified Mail #: 7022 0410 0003 2783 8700

Notice Date: January 05, 2024
Claimant: Hicks, Lawrence-E

PO Box 154986

Irving, Texas 75015

Respondent: Rob Crowl CFO

3 Christy Drive Suite 201

Chadds Ford, PA 19317

I, Hicks, Lawrence-E/, agent on behalf of LAWRENCE HICKS/Principal; Hereby accept all Titles, All Rights, All Interest, and Guaranteed Equity owed to Principal. The signed Application is a Collateral Security that is worth the Value of the goods being purchased. I am also directing Flagship Credit Acceptance CFO Rob Crowl to include the PROPERTY DAMAGE AND LIABILITY INSURANCE PREMIUMS IN THIS CONSUMER CREDIT TRANSACTION. I hereby instruct Flagship Credit Acceptance CFO Rob Crowl to apply Principal's Balance to Principal's Account #63063134643611001 for Set-Off.

Please apply this Tender of payment to the account within five business days after receipt of this notice. I also instruct CFO Rob Crowl to communicate through writing if there are any discrepancies within five business days. After receipt of this notice, I can assume that the aforesaid instructions have been completed.

I declare under penalties of perjury under the laws of the state of Texas, that the above is true, correct, and complete; and that this Affidavit of Service was executed on **January 05, 2024** in Irving, Texas 75038.

*Lawrence E Hicks*

**Lawrence E Hicks: Agent**

*Susan McDonald*

**Name of NotaryPublic**

**Notary Public in and for said State of Texas**

My Commission Expires ___10-11-2025___

SUSAN MCDONALD
Notary Public, State of Texas
Comm. Expires 10-11-2025
Notary ID 125459145

26

# USPS Tracking®

27

**Track Packages**
**Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%

**Tracking Number:**

## 70220410000327838700

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 12:42 pm on January 9, 2024 in CHADDS FORD, PA 19317.

**Delivered**
**Delivered, Left with Individual**

CHADDS FORD, PA 19317
January 9, 2024, 12:42 pm

See All Tracking History

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $

Postage   $

Total Postage and Fees   $

Sent To  Rob Crowl CFO

Street and Apt. No., or PO Box No.  3 Christy Drive Ste 201

City, State, ZIP+4®  Chadds Ford, PA 19317

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 0410 0003 2783 8700

Postmark
Here
JAN 05 2024
01 05 2024

Remove ✕

EXHIBIT C – TENDER OF PAYMENT AND OPPORTUNITY TO CURE

# NOTICE OF CLAIM TO INTEREST

# OPPORTUNITY TO CURE 2nd ATTEMPT

Certified Mail #: 9589 0710 5270 0870 2812 47

Notice Date: February 05, 2024
Claimant: Hicks, Lawrence-E
PO Box 154986
Irving, Texas 75015

Respondent: Rob Crowl CFO
Flagship Credit Acceptance
3 Christy Drive Suite 201
Atlanta, Georgia 30326

I, Hicks, Lawrence-E/, Agent on behalf of LAWRENCE HICKS/Principal. I hereby accept all Titles, All Rights, All Interest, and Guaranteed Equity owed to Principal LAWRENCE HICKS. I hereby instruct Flagship Credit Acceptance CFO Rob Crowl, to apply Principal's Balance to Principal's Account #63063134643611001 each and every billing cycle for Set-Off. Please apply this Tender of payment to the account within five business days after receipt of this notice. I also instruct Flagship Credit Acceptance CFO Rob Crowl to communicate through writing, if there are any discrepancies within five business days. If no communication is made within five business days after receipt of this notice, then I can assume that the aforesaid instructions have been completed.

I declare under penalties of perjury under the laws of the state of Texas, that the above is true, correct, and complete; and that this Affidavit of Service was executed on February 05, 2024, in Irving, Texas.

*Lawrence E. Hicks*

**Lawrence E Hicks: Agent**

*n·☉2r*

**Name of Notary Public**

**Notary Public in and for said State of Texas**

**My Commission Expires** ___2/18/25___

NEIL SYKES
Notary Public, State of Texas
Comm. Expires 02-18-2025
Notary ID 7052618

28

29

# USPS Tracking®



**Track Packages Anytime, Anywhere**

**Tracking Number:**
9589071052700870281247

Copy   Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 1:37 pm on February 12, 2024 in CHADDS FORD, PA 19317.

**Delivered**

**Delivered, Left with Individual**

CHADDS FORD, PA 19317
February 12, 2024, 1:37 pm

See All Tracking History

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

What Do USPS Tracking Statuses Mean?

Exhibit D –REFUSAL TO PERFORM, RECORDS OF NON-PERFORMANCE

## NOTICE OF CLAIM TO INTEREST

## DEFAULT JUDGEMENT FOR NON-PERFORMANCE

Certified Mail #: 9589 0710 5270 0870 2812 85

Notice Date: February 16, 2024
Claimant: Hicks, Lawrence-E
PO Box 154986
Irving, Texas 75015

Respondent: Rob Crowl CFO
3 Christy Drive Suite 201
Chadds Ford, PA 19317

I, Hicks, Lawrence-E/, agent, here on behalf of LAWRENCE HICKS/Principal. I hereby accept all Titles, All Rights, All Interest, and Guaranteed Equity owed to Principal LAWRENCE HICKS. I hereby instruct Flagship Credit Acceptance CFO, Rob Crowl, to apply Principal's Balance to Principal's Account #63063134643611001 for Set-Off. Please apply this Tender of Payment to the account within five Business Days after receipt of this notice. I also instruct Flagship Credit Acceptance CFO, Rob Crowl, to include the Property Damage and Liability Insurance premiums in this Consumer Credit Transaction. I am also instructing Flagship Credit Acceptance CFO, Rob Crowl to communicate through writing, if there are any discrepancies within five business days after receipt of this notice. I can then assume that the aforesaid instructions have been completed. THESE INSTRUCTIONS ARE NON-NEGOTIABLE.

I declare under penalties of perjury under the laws of the state of Texas, that the above is true, correct, and complete; and that this Affidavit of Service was executed on February 16, 2024, in Irving, Texas.

*Lawrence E. Hicks*

**Lawrence E Hicks: Agent**

*Neil Sykes*

**Name of NotaryPublic**

**Notary Public in and for said State of Texas**

**My Commission Expires** _2/18/25_



NEIL SYKES
Notary Public, State of Texas
Comm. Expires 02-18-2025
Notary ID 7052618

30

31

# USPS Tracking®



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Chadds Ford, PA 19317

| Certified Mail Fee | $4.40 | 0015 |
| | | 02 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $0.68 | |
| | | 02/16/2024 |
| Total Postage and Fees | $5.08 | |

Sent To  Rob Crowl CFO

Street and Apt. No., or PO Box No. 3 Christy Drive Suite 201

City, State, ZIP+4® Chadds Ford PA 19317

PS Form 3800, January 2023 *PSN 7530-02-000-9047*    See Reverse for Instructions

9589 0710 5270 0870 2812 85

**Track Packages**
**Anytime, Anywhere**

**Tracking Number:**

# 9589071052700870281285

☐ Copy    ⤬ Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 12:23 pm on February 21, 2024 in CHADDS FORD, PA 19317.

## ✓ Delivered

**Delivered, Left with Individual**

CHADDS FORD, PA 19317
February 21, 2024, 12:23 pm

See All Tracking History

**Get More Out of USPS Tracking:**
🔍 USPS Tracking Plus®

What Do USPS Tracking Statuses Mean?

Civil Cover Sheet

JS 44  (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
LAWRENCE E. HICKS

## DEFENDANTS
FLAGSHIP CREDIT ASSURANCE

**(b)** County of Residence of First Listed Plaintiff  **DALLAS**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  **DALLAS**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Self Represent

Attorneys *(If Known)*

MAR – 4 2024

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☒ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
FEDERAL RESERVE ACT, SECTION 29 (a), (b), (c) BREACH OF CONTRACT, TRUTH IN LENDING ACT, CONSUMER RIGHTS TO CREDIT

Brief description of cause:
NON-PERFORMANCE, UNSOUND PRACTICES, PATTERNS OF MISCONDUCT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
$2,500,000

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE
FEBRUARY 26, 2024

SIGNATURE OF ATTORNEY OF RECORD
*Lawrence E. Hicks*

## FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

8